## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>Office of the United States Attorney )<br>Civil Division )<br>555 4th Street, N.W., Fourth Floor )<br>Washington, D.C.  20530 )<br>)<br>Plaintiff, )<br>)<br>v. ) <br>)<br>**Barbara A.  Holbert, also known as** )<br>**Barbara A. Holbert Fitzpatrick** )<br>1228 Owen Place, Northeast )<br>Washington, D.C.  20002 )<br>)<br>Defendant. ) | Civil Action No. |

## **COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

The United States of America, Plaintiff, alleges that:

### **Jurisdiction**

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and Title 28 U.S.C. § 1345.

### **Venue**

2. The Defendant is a resident of Washington, District of Columbia within the jurisdiction of this Court and may be served with service of process at 1228 Owen Place, N.E., Washington, D.C. 20002.

## The Debt

3. The debt owed the United States is as follows:

| | | |
|---|---|---|
| A. | Current Principal *(after application of all prior payments, credits and offsets)* | $109,642.56 |
| B. | Current Capitalized Interest Balance and Accrued Interest | $30,450.18 |
| C. | Administrative Fee, Costs, Penalties | $0.00 |
| D. | Credits previously applied *(Debtor payments, credits, and offsets)* | $6,741.00 |
| E. | Attorney's Fees | $0.00 |
| | **Total Owed** | **$140,092.74** |

The Certificate of Indebtedness ("CIF"), attached as Exhibit "A", shows the total owed, excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 7.88% per annum.

## Failure to Pay

4. Demand has been made upon the Defendant for payment of the indebtedness. The debt has not been satisfied. See Exhibit "B" attached hereto and incorporated.

WHEREFORE, the United States prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by the law, and post-judgment interest, pursuant to 28 U.S.C. §1961, at the legal rate until paid in full;

B. For attorney's fees to the extent allowed by law; and,

C.	For such other relief as the Court deems just and proper.

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7135 / (202) 514-8780 (Facsimile)
oliver.mcdaniel@usdoj.gov